IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. NGUYEN, DR. BOWMAN, P. LA DUKE, S.S.A. JONES, B. FRINTZ,<br><br>　　　　Defendants.<br>_____ | No. C 09-4939 JSW (PR)<br><u>AMENDED</u><br>**ORDER DENYING PLAINTIFF'S REQUEST TO DENY SUMMARY JUDGMENT OR FOR STAY**<br><br>**(Docket no. 46)** |

On February 22, 2011, Defendants were ordered to produce certain documents and responses to interrogatories to Plaintiff within 15 days, or show cause why they should not. On March 3, 2011, Plaintiff filed a request to deny Defendants' motion for summary judgment and for a stay because Defendants had not supplied the required discovery to him. The deadline for Defendants to do so had not been reached, however. Moreover, on March 9, 2011, Defendants filed proof that they served the required documents and responses upon Plaintiff in a timely manner. Consequently, Plaintiff's motion (docket number 46) is DENIED. Plaintiff is reminded that no further discovery motions filed after March 15, 2011 will be considered, and that the deadline for filing an opposition to summary judgment is May 3, 2011. The deadline for Defendants' reply is May 17, 2011. No further extensions of these deadlines will be granted.

　　IT IS SO ORDERED.

DATED:  03/14/2011

　　　　　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　United States District Judge