NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN TIMOTHY PEREZ, | No. 3:09-CV-4939 JSW (NJV) |
| Plaintiff, | ORDER RE ATTENDANCE OF CDCR REPRESENTATIVE AT SETTLEMENT CONFERENCE |
| v. | |
| D. NGUYEN, et al., | ORDER RE REQUEST FILED SEPTEMBER 16, 2011 (Docket No. 58) |
| Defendants. | |

On October 12, 2011, the Court received from Defense Counsel a letter requesting to have the authorized representative for the CDCR on telephone standby during the settlement conference scheduled in this case. The request is based on the budgetary constraints faced by the CDCR and the expense of travel between Sacramento and Pelican Bay. Good cause appearing, the request is granted.

On September 16, 2011, Plaintiff filed a request for six writs of habeas corpus ad testificandum and six subpoenas for his "witnesses." Plaintiff is informed that this case is set for a settlement conference through the pro se prisoner early settlement program. No witnesses are allowed at such settlement conferences. Accordingly, Plaintiff's request is denied.

IT IS SO ORDERED.

Dated: October 14, 2011

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>D. NGUYEN, et al.,<br><br>    Defendants. | No.3:09-CV-4939 JSW (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on October 14, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

John Timothy Perez
E56699
P.O. Box 7000
Crescent City, CA 95531

*Linn Van Meter*

Dated: October 14, 2011

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas