1
2
3
4
5           IN THE UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   JOHN TIMOTHY PEREZ,           )   No. C 09-4939 JSW (PR)
                                   )
9         Plaintiff,               )   **ORDER APPOINTING PRO BONO**
                                   )   **COUNSEL AND SETTING CASE**
10    v.                           )   **MANAGEMENT CONFERENCE**
                                   )
11  DR. NGUYEN, DR. BOWMAN, P.     )
    LADUKE, S.S.A. JONES, and B.   )
12  FRINTZ,                        )
                                   )
13        Defendants.              )

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent Plaintiff having been located,

IT IS HEREBY ORDERED THAT: Ari Hersher, Esq., Matt Mason, Esq., Tripper Ortman, Esq., and the law firm of Seyfarth Shaw L.L.P., 560 Mission Street, Suite 3100, San Francisco, CA 94105, are appointed as counsel for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **January 25, 2013 at 1:30 p.m.** in Courtroom No. 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates.

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **January 18,**

1

**2013.**  The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.   If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements may also address all of the topics set forth in the Standing Order referenced above.

Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause.

In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made.  In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

The Clerk shall add Plaintiff's appointed counsel to the docket, and serve a copy of this Order upon counsel for both parties.

IT IS SO ORDERED.

DATED: October 17, 2012

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN T. PEREZ,

        Plaintiff,

  v.

D. NGUYEN et al,

        Defendant.

Case Number: CV09-04939 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Timothy Perez  
E56699  
P.O. Box 7000  
Crescent City, CA 95531

Ari Hersher, Esq.,  
Matt Mason, Esq.,  
Tripper Ortman, Esq.,  
Seyfarth Shaw L.L.P.,  
560 Mission Street, Suite 3100,  
San Francisco, CA 94105

Dated: October 17, 2012

Richard W. Wieking, Clerk  
By: Jennifer Ottolini, Deputy Clerk