SEYFARTH SHAW LLP
Francis J. Ortman (SBN 213202) fortman@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW W. ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorney for Defendant
DUC NGUYEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>D. NGUYEN, et al.<br><br>Defendants. | Case No.: 3:09-cv-04939-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PERIOD TO FILE ACCEPTANCE OR DECLINATION OF MAGISTRATE JUDGE**<br><br>Action Filed:   October 16, 2009 |

     Pursuant Civil Local Rules 7-12 of the United States District Court for the Northern District of California, the Parties to the above entitled action, Dr. Duc Nguyen ("Defendant") and John Timothy Perez ("Plaintiff") (collectively referred to as the "Parties"), by and through their undersigned counsel,  hereby stipulate and agree as follows:

1

1  WHEREAS, on January 25, 2013, the Court ordered the Parties to submit a joint consent or declination for reassignment to a Magistrate Judge for all purposes by February 1, 2013.

WHEREAS, Counsel for both parties have contacted their client inquiring about whether to accept or decline reassignment to a Magistrate Judge.

WHEREAS, Plaintiff currently resides in Pelican Bay State Prison, and is unable to communicate with Counsel, other than via U.S. Mail.

WHEREAS, at this time, Plaintiff's counsel has been unable to adequately confer with their Plaintiff regarding whether to consent to or decline reassignment to a Magistrate Judge.

WHEREAS, the Parties request a two-week extension to file a joint consent or declination for reassignment to a Magistrate Judge for all purposes.

**THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** that the February 1, 2013 deadline to file a joint consent or declination for reassignment to a Magistrate Judge be continued to February 15, 2013.

DATED: February 1, 2013                                          SEYFARTH SHAW LLP


By _____/s/_____
    Francis Ortman, Esq.
    Ari Hersher, Esq.
    Matthew Mason, Esq.
    Courtney Bohl, Esq.

Attorneys for Plaintiff
John Timothy Perez


Dated:    February 1, 2013                                       ANDRADA & ASSOCIATES


By _____/s/_____
    MATTHEW W. ROMAN
    Attorney for Defendant
    DUC NGUYEN, M.D.

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The February 1, 2013 deadline to file a joint consent or declination for reassignment to a Magistrate Judge is hereby continued to February 15, 2013.

**IT IS SO ORDERED.**

Dated: February 4, 2013

Honorable Judge Jeffrey S. White
United States District Judge

15234165v.2

3

JOINT STIPULATION AND ORDER

Perez v. Nguyen, *et al.*
3:09-cv-04939-JSW