1    SEYFARTH SHAW LLP
     Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
2    Ari Hersher (SBN 260321) ahersher@seyfarth.com
     Matthew J. Mason (SBN 271344) mmason@seyfarth.com
3    Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
     560 Mission Street, 31st Floor
4    San Francisco, California  94105
     Telephone: (415) 397-2823
5    Facsimile: (415) 397-8549

6    Attorneys for Plaintiff
     JOHN TIMOTHY PEREZ
7
     ANDRADA & ASSOCIATES
8    J. Randall Andrada (SBN 70000) randrada@andradalaw.com
     Matthew W. Roman (SBN 267717) mroman@andradalaw.com
9    180 Grand Avenue, Suite 225
     Oakland, California 94612
10   Telephone: (510) 287-4160
     Facsimile: (510) 287-4161
11
     Attorneys for Defendant
12   DUC NGUYEN, M.D.

13
                          UNITED STATES DISTRICT COURT
14
                         NORTHERN DISTRICT OF CALIFORNIA
15

16
     JOHN TIMOTHY PEREZ,                    Case No. 09-4939 JSW (KAW)
17
                    Plaintiff,              **JOINT STIPULATION AND
18                                          [~~PROPOSED~~] ORDER TO CONTINUE
            vs.                             TRIAL DATE** AS MODIFIED
19
     D. NGUYEN, DR. BOWMAN, P. LA DUKE,
20   S.S.A. JONES, B. FRINTZ                Action Filed:   October 16, 2009

21                  Defendants.

22

23

24

25

26

27

28
                                       1

1       The Parties to the above entitled action, Dr. Duc Nguyen ("Defendant") and John

2 Timothy Perez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their

3 undersigned counsel, hereby stipulate and agree as follows:

4       1.    WHEREAS, the trial in this matter is currently scheduled for November 25, 2013;

5       2.    WHEREAS, the deadline for expert disclosures is July 9, 2013;

6       3.    WHEREAS, the non-expert discovery cut-off is is June 24, 2013;

7       4.    WHEREAS, on May 31, 2013, Defendant made a settlement offer to Plaintiff that

8 will remain open until June 30, 2013;

9       5.    WHEREAS, Plaintiff is still contemplating Defendant's settlement offer and

10 negotiations between the Parties are ongoing;

11       6.    WHEREAS, the Parties wish to avoid incurring substantial expert fees and costs,

12 if the matter can be resolved prior to expert discovery;

13       7.    WHEREAS, the Parties have had difficulty scheduling the deposition of

14 Defendant, due to his work schedule and his need to study for a medical licensing test;

15       8.    WHEREAS, the Parties agreed to depose Dr. Bowman and Dr. Zewert after

16 Defendant's deposition was conducted and the Settlement Conference was concluded;

17       9.    WHEREAS, the Parties still intend to conduct the depositions of Dr. Bowman and

18 Dr. Zewert and have agreed to conduct those depositions in or before August 2013;

19       10.    WHEREAS, communication, scheduling, and settlement negotiations in this

20 matter have been difficult, due to Plaintiff's confinement at Pelican Bay State Prison and limited

21 means of communication;

22       11.    WHEREAS, Plaintiff is currently seeking an appeal of his criminal case due to the

23 recent United States Supreme Court ruling in *McQuiggan v. Perkins*, 133 S.Ct. 527 (2012), and

24 both Parties believe that additional clarification regarding Plaintiff's long-term incarceration

25 status will help narrow and clarify any damage issues at trial;

26       12.    WHEREAS, the Parties have met and conferred and have agreed to stipulate to a

27 continuance of the trial date until April 8, 2014, and to re-set all pre-trial dates and discovery

28 deadlines in accordance with this new trial date;

1    **NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an

2    Order vacating the November 25, 2013 trial date and continuing the trial until April 8, 2014.

3    The Parties further stipulate to and request that all pre-trial motion dates, discovery deadlines,

4    and expert discovery deadlines be reset in accordance with the new trial date.

5    In the alternative, the Parties request that the Court vacate the current trial date and

6    schedule a further Case Management Conference for July 2013, so that the Parties can update the

7    Court regarding the status of the litigation and to reset the trial date and all pre-trial deadlines in

8    accordance with the above.

9    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

10

11   DATED: June 19, 2013          SEYFARTH SHAW LLP

12

13                                 By: _____ */s/ Ari Hersher* _____
                                       Francis J. Ortman III
14                                     Ari Hersher
                                       Matthew J. Mason
15                                 Attorneys for Plaintiff
                                   JOHN TIMOTHY PEREZ
16

17   DATED: June 19, 2013          ANDRADA & ASSOCIATES

18

19                                 By: _____ */s/ Matthew W. Roman* _____
                                       J. Randall Andrada
20                                     Matthew W. Roman
                                   Attorneys for Defendant
21                                 DUC NGUYEN, M.D.

22

23

24

25

26

27

28

3

1

**[~~PROPOSED~~] ORDER**

2         ~~[Proposed Order]~~  The November 25, 2013 trial date is vacated and trial in this matter is

3   continued until April 8, 2014.  All pre-trial motion dates, discovery deadlines, and expert

4   discovery deadlines will be reset in accordance with the new trial date.
      Last day to hear dispositive motions CONTINUED to January 10, 2014 at 9:00 a.m.
5     Jury selection CONTINUED to April 2, 2014 at 8:00 a.m.

6         ~~[Alternative Proposed Order]  The November 25, 2013 trial date is vacated and the~~

7   ~~Parties are ordered to appear for a further Case Management Conference on July ___, 2013, at~~

8   ~~which time the Parties shall update the Court regarding the status of the litigation and reset the~~

9   ~~trial date and all pre-trial deadlines in accordance with the above~~.
      Pretrial conference CONTINUED to March 17, 2014 at 2:00 p.m.
10

11        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13   DATED:  June 19, 2013                              _____

14                                                    Hon. Jeffrey S. White
                                                     United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28   SF1 28379747.1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL // CASE NO. 09-04939 JSW