```
SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

ANDRADA & ASSOCIATES
J. Randall Andrada (SBN 70000) randrada@andradalaw.com
Matthew W. Roman (SBN 267717) mroman@andradalaw.com
180 Grand Avenue, Suite 225
Oakland, California 94612
Telephone: (510) 287-4160
Facsimile: (510) 287-4161

Attorneys for Defendant
DUC NGUYEN, M.D.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>       Plaintiff,<br><br>  vs.<br><br>D. NGUYEN, DR. BOWMAN, P. LA DUKE, S.S.A. JONES, B. FRINTZ<br><br>       Defendants. | Case No. 09-4939 JSW (KAW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE** AS MODIFIED<br><br>Action Filed:   October 16, 2009 |

The Parties to the above entitled action, Dr. Duc Nguyen ("Defendant") and John Timothy Perez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, the trial in this matter is currently scheduled for November 25, 2013;

2. WHEREAS, the deadline for expert disclosures is July 9, 2013;

3. WHEREAS, the non-expert discovery cut-off is is June 24, 2013;

4. WHEREAS, on May 31, 2013, Defendant made a settlement offer to Plaintiff that will remain open until June 30, 2013;

5. WHEREAS, Plaintiff is still contemplating Defendant's settlement offer and negotiations between the Parties are ongoing;

6. WHEREAS, the Parties wish to avoid incurring substantial expert fees and costs, if the matter can be resolved prior to expert discovery;

7. WHEREAS, the Parties have had difficulty scheduling the deposition of Defendant, due to his work schedule and his need to study for a medical licensing test;

8. WHEREAS, the Parties agreed to depose Dr. Bowman and Dr. Zewert after Defendant's deposition was conducted and the Settlement Conference was concluded;

9. WHEREAS, the Parties still intend to conduct the depositions of Dr. Bowman and Dr. Zewert and have agreed to conduct those depositions in or before August 2013;

10. WHEREAS, communication, scheduling, and settlement negotiations in this matter have been difficult, due to Plaintiff's confinement at Pelican Bay State Prison and limited means of communication;

11. WHEREAS, Plaintiff is currently seeking an appeal of his criminal case due to the recent United States Supreme Court ruling in *McQuiggan v. Perkins*, 133 S.Ct. 527 (2012), and both Parties believe that additional clarification regarding Plaintiff's long-term incarceration status will help narrow and clarify any damage issues at trial;

12. WHEREAS, the Parties have met and conferred and have agreed to stipulate to a continuance of the trial date until April 8, 2014, and to re-set all pre-trial dates and discovery deadlines in accordance with this new trial date;

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order vacating the November 25, 2013 trial date and continuing the trial until April 8, 2014. The Parties further stipulate to and request that all pre-trial motion dates, discovery deadlines, and expert discovery deadlines be reset in accordance with the new trial date.

In the alternative, the Parties request that the Court vacate the current trial date and schedule a further Case Management Conference for July 2013, so that the Parties can update the Court regarding the status of the litigation and to reset the trial date and all pre-trial deadlines in accordance with the above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: June 19, 2013              SEYFARTH SHAW LLP


                                  By: _____*/s/ Ari Hersher*_____
                                          Francis J. Ortman III
                                          Ari Hersher
                                          Matthew J. Mason
                                  Attorneys for Plaintiff
                                  JOHN TIMOTHY PEREZ

DATED: June 19, 2013              ANDRADA & ASSOCIATES


                                  By: _____*/s/ Matthew W. Roman*_____
                                          J. Randall Andrada
                                          Matthew W. Roman
                                  Attorneys for Defendant
                                  DUC NGUYEN, M.D.

1  **[PROPOSED] ORDER**

2  [Proposed Order] The November 25, 2013 trial date is vacated and trial in this matter is

3  continued until April 8, 2014.  All pre-trial motion dates, discovery deadlines, and expert

4  discovery deadlines will be reset in accordance with the new trial date.
   Last day to hear dispositive motions CONTINUED to January 10, 2014 at 9:00 a.m.

5  Jury selection CONTINUED to April 2, 2014 at 8:00 a.m.

6  [Alternative Proposed Order] The November 25, 2013 trial date is vacated and the

7  Parties are ordered to appear for a further Case Management Conference on July __, 2013, at

8  which time the Parties shall update the Court regarding the status of the litigation and reset the

9  trial date and all pre-trial deadlines in accordance with the above.
   Pretrial conference CONTINUED to March 17, 2014 at 2:00 p.m.

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13  DATED: June 19, 2013                              _____
                                                      Hon. Jeffrey S. White
14                                                    United States District Judge

28  SF1 28379747.1

4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL // CASE NO. 09-04939 JSW