SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

ANDRADA & ASSOCIATES
J. Randall Andrada (SBN 70000) randrada@andradalaw.com
Matthew W. Roman (SBN 267717) mroman@andradalaw.com
180 Grand Avenue, Suite 225
Oakland, California 94612
Telephone: (510) 287-4160
Facsimile: (510) 287-4161

Attorneys for Defendant
DUC NGUYEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>D. NGUYEN, DR. BOWMAN, P. LA DUKE, S.S.A. JONES, B. FRINTZ<br><br>            Defendants. | Case No. 09-4939 JSW (KAW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DATES**<br><br>Action Filed:   October 16, 2009 |

The Parties to the above entitled action, Dr. Duc Nguyen ("Defendant") and John Timothy Perez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, on June 19, 2013, the Court ordered that the trial date be continued to April 8, 2014, the last day to hear dispositive motions be continued to January 10, 2014 at 9:00 a.m., and the start of jury selection be continued to April 2, 2014 at 8:00 a.m.;

2. WHEREAS, on June 19, 2013, the Court stated that all pre-trial motion dates, discovery deadlines and expert discovery deadlines will be reset in accordance with the new trial date;

3. WHEREAS, the Parties have met and conferred and have agreed to stipulate to a the following discovery and expert discovery deadlines in accordance with this new trial date:

    a. Close of fact discovery: November 7, 2013;

    b. Deadline for expert disclosures: December 6, 2013; and

    c. Close of expert discovery: January 17, 2014.

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order resetting the close of fact discovery to November 7, 2013, deadline for expert disclosures to December 6, 2013 and the close of expert discovery to January 17, 2014.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 8, 2013                         SEYFARTH SHAW LLP

By:     */s/ Ari Hersher*
        Francis J. Ortman III
        Ari Hersher
        Matthew J. Mason
        Courtney K. Bohl
Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

|   |   |   |
|---|---|---|
| 1 | DATED: July 8, 2013 | ANDRADA & ASSOCIATES |

By: _____*/s/ Matthew W. Roman*_____
        J. Randall Andrada
        Matthew W. Roman
Attorneys for Defendant
DUC NGUYEN, M.D.

**[PROPOSED] ORDER**

[Proposed Order] The following discovery deadlines, and expert discovery deadlines will be reset as follows:

    Close of fact discovery: November 7, 2013

    Deadline for Expert Disclosures: December 6, 2013

    Close of Expert Discovery: January 17, 2014

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 8, 2013

_____
Hon. Jeffrey S. White
United States District Judge

---

4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DATES / CASE NO. 09-04939 JSW

15802756v.1