SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
Joseph J. Orzano (SBN 262040) jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

ANDRADA & ASSOCIATES
J. Randall Andrada (SBN 70000) randrada@andradalaw.com
Matthew W. Roman (SBN 267717) mroman@andradalaw.com
180 Grand Avenue, Suite 225
Oakland, California 94612
Telephone: (510) 287-4160
Facsimile: (510) 287-4161

Attorneys for Defendant
DUC NGUYEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>D. NGUYEN, DR. BOWMAN, P. LA DUKE, S.S.A. JONES, B. FRINTZ<br><br>    Defendants. | Case No. 09-4939 JSW (KAW)<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO APPEAR FOR SETTLEMENT CONFERENCE**<br><br>Action Filed:   October 16, 2009 |

The Parties to the above entitled action, Duc Nguyen, M.D. ("Defendant") and John Timothy Perez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, on June 7, 2013, the Parties submitted to a settlement conference with the Honorable Magistrate Judge Kandis A. Westmore in the above-captioned matter;

2. WHEREAS, the Parties were unable to reach a resolution of this matter during the settlement conference. However, Judge Westmore informed the parties she would be willing to hold a subsequent settlement conference if the Parties so desired;

3. WHEREAS, the Parties have since engaged in further settlement talks and believe that another settlement conference could likely result in settlement and resolution of this matter;

4. WHEREAS, the Parties contacted the Court and met and conferred regarding available dates, and had agreed to attend a settlement conference on Monday, March 3, 2014, beginning at a time deemed appropriate by the Court;

5. WHEREAS, shortly after filing a stipulation agreeing to hold the settlement conference on Monday, March 3, 2014, counsel for Plaintiff determined that date was not available, and the Parties agreed to amend the stipulation and schedule the settlement conference on Friday, March 7, 2014 instead;

6. WHEREAS, the Parties agree to permit one another to prepare an optional supplemental brief, not to exceed 5 pages in advance of the settlement conference. The Parties further agree any optional supplemental brief shall be submitted to the Court and exchanged by February 28, 2014.

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order that the Parties shall appear for a stipulated settlement conference with Magistrate Judge Kandis A. Westmore on March 7, 2014, at a time deemed appropriate by the Court.

The Parties further stipulate and agree that the Court may enter an Order that the Parties shall submit any further optional briefing to the Court and to the opposing party no later than February 28, 2014.

The Parties further stipulate and agree that Plaintiff shall be required to appear at the settlement conference via teleconference from Pelican Bay Prison in Crescent City, California.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: January 23, 2014          SEYFARTH SHAW LLP

                                 By: _____*/s/ Matthew J. Mason*_____
                                       Francis J. Ortman III
                                       Ari Hersher
                                       Matthew J. Mason
                                       Courtney K. Bohl
                                       Joseph J. Orzano
                                 Attorneys for Plaintiff
                                 JOHN TIMOTHY PEREZ

DATED: January 23, 2014          ANDRADA & ASSOCIATES

                                 By: _____*/s/ Matthew W. Roman*_____
                                       J. Randall Andrada
                                       Matthew W. Roman
                                 Attorneys for Defendant
                                 DUC NGUYEN, M.D.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED** that the shall appear for a stipulated settlement conference with Magistrate Judge Kandis A. Westmore on Friday, March 7, 2014, at ___10:00___ [a.m. / p.m.].

It is further ordered that, should they choose to do so, the Parties shall submit any further optional briefing to the Court and to the opposing party no later than February 28, 2014. Any such optional briefing may not exceed 5 pages in length.

It is further ordered that Plaintiff John Timothy Perez shall appear at the settlement conference via teleconference from Pelican Bay Prison in Crescent City, California.

DATED: January 23, 2014

_____
Hon. Jeffrey S. White
United States District Judge

It is FURTHER ORDERED that the pretrial and trial dates are HEREBY CONTINUED. The pretrial conference is continued to June 2, 2014 at 2:00 p.m.; the trial is continued to commence on June 23, 2014 at 8:00 a.m.; jury selection is continued to June 18, 2014 at 8:00 a.m. The parties should make themselves familiar with deadlines associated with pretrial filings under this Court's Standing Orders.