J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW W. ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:     (510) 287-4161

Attorney for Defendant
DUC NGUYEN, M.D.

**SEYFARTH SHAW LLP**
Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
Ari Hersher (SBN 260321) ahersher@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
Joseph J. Orzano (SBN 262040) jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TIMOTHY PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>D. NGUYEN, et al.<br><br>Defendants. | Case No.: 3:09-cv-04939-JSW<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER TO CONTINUE<br>EXPERT DISCOVERY DEADLINES**<br><br>Trial Date:  June 23, 2014 |

*(left margin, vertical text)* **ANDRADA & ASSOCIATES** PROFESSIONAL CORPORATION

1

The Parties to the above entitled action, Duc Nguyen, M.D. ("Defendant") and John Timothy Perez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      WHEREAS, the expert disclosure date is currently February 14, 2014 and the deadline to complete expert discovery is March 14, 2014.

2.      WHEREAS, the Parties are continuing to engage in settlement talks;

3.      WHEREAS, the Parties have agreed to conduct a second mediation with Judge Kandis Westmore which is scheduled for March 7, 2014;

4.      WHEREAS, the Parties believe that the costs and expenses associated with expert witnesses may be avoid if the Parties can reach a negotiated settlement;

5.      WHEREAS, the Parties have met and conferred, and have agreed to extend the expert disclosure deadline until April 7, 2014 and the close of expert discovery until May 9, 2014.

6.      WHEREAS, extending the deadlines for expert disclosures and discovery will not result in change to subsequent deadlines regarding the June 23, 2014 trial date.

///

///

///

///

///

///

///

///

///

///

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

2

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order continuing the expert disclosure deadline until April 7, 2014 and the expert discovery deadline until May 9, 2014.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 12, 2014            SEYFARTH SHAW LLP


By: _____/s/ Ari Hersher_____
           Francis J. Ortman III
           Ari Hersher
           Matthew J. Mason
           Courtney K. Bohl
           Joseph J. Orzano
Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

DATED: February 12, 2014            ANDRADA & ASSOCIATES


By: _____/s/ Matthew W. Roman_____
           J. Randall Andrada
           Matthew W. Roman
Attorneys for Defendant
DUC NGUYEN, M.D.

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

3

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO**

**ORDERED** that the expert disclosure deadline is continued until April 7, 2014 and the expert

discovery deadline is continued until May 9, 2014.

DATED: February 13, 2014

_____
Hon. Jeffrey S. White
United States District Judge

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

{00095188.DOC/}DOC 0866

Joint Stipulation and [~~Proposed~~] Order to Continue Expert Discovery Deadlines

Perez v. Nguyen, *et al.*
3:09-cv-04939-JSW