1   J. RANDALL ANDRADA (SBN 70000)
    randrada@andradalaw.com
2   MATTHEW W. ROMAN (SBN 267717)
    mroman@andradalaw.com
3   **ANDRADA & ASSOCIATES**
    **PROFESSIONAL CORPORATION**
4   180 Grand Avenue, Suite 225
    Oakland, California 94612
5   Tel.:   (510) 287-4160
    Fax:    (510) 287-4161
6
    Attorney for Defendant
7   DUC NGUYEN, M.D.

8   **SEYFARTH SHAW LLP**
    Francis J. Ortman III (SBN 213202) fortman@seyfarth.com
9   Ari Hersher (SBN 260321) ahersher@seyfarth.com
    Matthew J. Mason (SBN 271344) mmason@seyfarth.com
10  Courtney K. Bohl (SBN 278812) cbohl@seyfarth.com
    Joseph J. Orzano (SBN 262040) jorzano@seyfarth.com
11  560 Mission Street, 31st Floor
    San Francisco, California 94105
12  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
13
    Attorneys for Plaintiff
14  JOHN TIMOTHY PEREZ

15                  UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18  JOHN TIMOTHY PEREZ,                 | Case No.: 4:09-cv-04939-JSW

19             Plaintiff,               | **JOINT STIPULATION AND**
                                        | **[PROPOSED] ORDER TO VACATE**
20        v.                            | **TRIAL AND PRE-TRIAL DATES**

21  D. NGUYEN, et al.                   | Trial Date: June 23, 2014

22             Defendants.

23

24

25

26

27

28

                            1

1    The Parties to the above entitled action, Duc Nguyen, M.D. ("Defendant") and John Timothy

2   Perez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned

3   counsel, hereby stipulate and agree as follows:

4       1.      WHEREAS, this case is currently set for a pretrial conference on June 2, 2014, jury

5   selection on June 18, 2014, and trial on June 23, 2014;

6       2.      WHEREAS, the case settled at the settlement conference before Magistrate Judge

7   Westmore on March 7, 2014;

8       3.      WHEREAS, the Parties have finalized the terms of the settlement and exchanged a

9   signed release and settlement agreement;
10

11      4.      WHEREAS, the Parties have agreed to postpone filing the stipulation of dismissal

12   until Plaintiff receives the settlement check;

13      5.      WHEREAS, the Parties have met and conferred, and have agreed to vacate the trial

14   date and related pre-trial dates;

15      6.      WHEREAS, the Parties have met and conferred, and have agreed to set a status
16   conference for July 18, 2014, or another date acceptable to the court.

17
18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order vacating the June 23, 2014 trial date and associated pre-trial dates, and setting a status conference for July 18, 2014 or another date acceptable to the court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 18, 2014          SEYFARTH SHAW LLP


By: _____/s/ Ari Hersher_____
          Francis J. Ortman III
          Ari Hersher
          Matthew J. Mason
          Courtney K. Bohl
          Joseph J. Orzano
Attorneys for Plaintiff
JOHN TIMOTHY PEREZ

DATED: April 18, 2014          ANDRADA & ASSOCIATES


By: _____/s/ Matthew W. Roman_____
          J. Randall Andrada
          Matthew W. Roman
Attorneys for Defendant
DUC NGUYEN, M.D.

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

3

1

## [PROPOSED] ORDER

2

## PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3

**ORDERED** that the June 23, 2014 trial date and all associated pre-trial dates are hereby vacated.  IT

July 25, 2014 at 11:00 a.m.

4

IS FURTHER ORDERED that the parties shall attend a status conference on ~~July 18, 2014~~.

5

6

DATED: _____April 21, 2014_____

7

Hon. Jeffrey S. White
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION