1 | J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
2 | MATTHEW W. ROMAN (SBN 267717)
mroman@andradalaw.com
3 | **ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
4 | 180 Grand Avenue, Suite 225
Oakland, California 94612
5 | Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorney for Defendant
DUC NGUYEN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN TIMOTHY PEREZ, | Case No.: 3:09-cv-04939-JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| D. NGUYEN, et al. | |
| Defendants. | Trial Date: June 23, 2014 |

Defendants DUC NGUYEN, M.D.; ROBERT BOWMAN, M.D.; BEVERLY FRINTZ, and PEGGY LADUKE, by and through their counsel, MATTHEW ROMAN of Andrada & Associates, and Plaintiff, JOHN TIMOTHY PEREZ, by and through his counsel, ARI HERSHER of Seyfarth Shaw, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS FURTHER STIPULATED that each party shall bear its own costs.

Dated: April 11, 2014          SEYFARTH SHAW LLP

By */s/ Ari Hersher*
ARI HERSHER
Attorneys for Plaintiff
John Timothy Perez

Dated: March 12, 2014          ANDRADA & ASSOCIATES

By */s/ Matthew W. Roman*
MATTHEW W. ROMAN
Attorney for Defendants
Duc Nguyen, M.D., Robert Bowman, M.D., Beverly Frintz, and Peggy LaDuke

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

{00095745.DOC/}DOC 0866
Stipulation of Dismissal and [Proposed] Order
Perez v. Nguyen, *et al.*
3:09-cv-04939-JSW

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.

DATED: __July 21, 2014__

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge